UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUL 29 PM 6:05

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| LANCE MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-375 |
| ) | |
| MONSANTO CO., SOLUTIA, INC., ) | |
| and PHARMACIA LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On April 10, 2024, Plaintiff Lance Mason, representing himself, filed an application to proceed *in forma pauperis* ("IFP"). (Doc. 1.)

2. On June 17, 2024, the court granted Plaintiff's IFP application, dismissed his Complaint, and granted leave to file an Amended Complaint no later than July 12, 2024. Plaintiff was warned that failure to file an Amended Complaint would result in dismissal of the case. (Doc. 3 at 8.)

3. No further filings have been received as of the date of this Order.

The Federal Rules of Civil Procedure authorize dismissal of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). Because Plaintiff has not submitted an Amended Complaint this case is DISMISSED. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 29th day of July, 2024.

Christina Reiss, Chief Judge
United States District Court